**L. V. HITES COMPANY, a Corporation, Appellant, v. The ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, a Corporation.**

No. 13920.

United States Court of Appeals
Eighth Circuit.

July 25, 1949.

A. E. Bazan and R. C. Southall, Kansas City, Mo., for appellant.

John H. Lathrop, Sam D. Parker, Winston H. Woodson and Henry W. Fox, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 78 F.Supp. 906, dismissed for want of prosecution, on motion of appellee.

**Romolo MAZZACONE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9934.

United States Court of Appeals
Third Circuit.

Argued June 16, 1949.

Decided July 29, 1949.

Rames J. Bucci, Philadelphia, Pa., for petitioner.

S. Dee Hanson, Washington, D. C. (Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, A. F. Prescott, Sp. Assts. to the Atty. Gen., on the brief), for respondent.

Before BIGGS, Chief Judge, and McLAUGHLIN and O'CONNELL, Circuit Judges.

PER CURIAM.

We have examined with care the record in the instant case and the arguments of the parties. The appeal is without merit. Accordingly the decision of the Tax Court will be affirmed.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. STICKNEY'S, Inc., d/b/a Stickney's.**

No. 13971.

United States Court of Appeals
Eighth Circuit.

June 6, 1949.

David P. Findling, Gen. Counsel, National Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Swarr, May, Royce, Smith & Story, Omaha, Neb., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation of parties filed with Board, and petition for enforcement.

**Daniel Eugene SMITH v. UNITED STATES of America.**

No. 3918.

United States Court of Appeals
Tenth Circuit.

June 30, 1949.

Lawrence S. Holmes, Wichita, Kan., for appellant.

Lester Luther, U. S. Atty., and V. J. Bowersock, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed June 30, 1949, on motion of appellant.